UNITED STATES COURT OF APPEALS

**Filed 5/15/96**

TENTH CIRCUIT

_____

LEE TRAYLOR,                                )
                                            )
        Plaintiff-Appellant,                )
                                            )
v.                                          )        No. 95-6348
                                            )      (D.C. No. CIV-93-847-W)
ROBERT K. DENTON; ROB P.                    )          (W.D. Okla.)
MELTON; and DOUGLAS BYRD,                   )
                                            )
        Defendants-Appellees.               )


_____

ORDER AND JUDGMENT[*]
_____

Before PORFILIO, McKAY, and KELLY, Circuit Judges.
_____


        After examining the briefs and appellate record, this panel has determined

unanimously that oral argument would not materially assist the determination of this appeal.

See Fed. R. App. P. 34(a);10th Cir. R. 34.1.9.  The cause is therefore ordered submitted

without oral argument.


        This is an appeal from an order granting summary judgment after remand from a prior

_____

        [*]This order and judgment is not binding precedent, except under the doctrines of law of
the case, res judicata, and collateral estoppel.  The court generally disfavors the citation of
orders and judgments; nevertheless, an order and judgment may be cited under the terms and
conditions of 10th Cir. R. 36.3.

appeal. The record supports the trial court's conclusion that Plaintiff did not respond to the renewed motion for summary judgment with sufficient facts to defeat the motion.

The judgment is AFFIRMED. The mandate shall issue forthwith.

Entered for the Court

Monroe G. McKay
Circuit Judge